# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| MOODY, JR., JAMES S. | U.S. DISTRICT COURT MIDDLE DISTRICT FL | 08/10/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT COURT JUDGE (SENIOR STATUS) | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2019 **to** 12/31/2019 |

**7. Chambers or Office Address**

U.S. DISTRICT COURT
801 N. FLORIDA AVE
TAMPA, FL 33602

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **MOODY, JR., JAMES S.** | 08/10/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **MOODY, JR., JAMES S.** | 08/10/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Merrill Lynch | Margin Loan | M |
| 2. Moody Investments, LP | Loan | K |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S. | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.   Individual Assets (H) | | | | | | | | | |
| 2.   Suntrust (cash) | A | Interest | J | T | | | | | |
| 3.   Merrill Lynch Bank Deposit Program (cash) (Y) | | | | | | | | | |
| 4.   Trust Account #1 (H) | | | | | | | | | |
| 5.   ML Bank Deposit Program (cash) | A | Interest | L | T | | | | | |
| 6.   Akoustis Technologies (AKTS) | | None | K | T | | | | | |
| 7.   Ambarella Inc (AMBA) | | None | L | T | | | | | |
| 8.   Aphria Inc SHS (APHQF) | | None | J | T | | | | | |
| 9.   Ardelyx Inc SH A (ARDX) | | None | K | T | | | | | |
| 10.   Arista Networks Inc (ANET) | | None | L | T | Buy (add'l) | 07/25/19 | L | | |
| 11. | | | | | Buy (add'l) | 09/09/19 | K | | |
| 12.   Aurora Cannabis Inc (ACBFF) | | None | | | Sold (part) | 01/16/19 | K | | |
| 13. | | | | | Sold | 01/17/19 | J | D | |
| 14.   Calyxt Inc Reg SHS (CLXT) | | None | J | T | | | | | |
| 15.   Canopy Growth Corp (TWMJF) | | None | L | T | | | | | |
| 16.   Carbon Black Inc Reg Shs (CBLK) | | None | | | Buy | 02/28/19 | J | | |
| 17. | | | | | Buy (add'l) | 07/25/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S. | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | | | | | Buy<br>(add'l) | 08/21/19 | L | | |
| 19. | | | | | Sold | 09/23/19 | L | D | |
| 20.  Cloudera Inc (CLDR) | | None | L | T | Buy | 01/04/19 | K | | |
| 21.  Corning Inc (GLW) | A | Dividend | J | T | Buy | 07/31/19 | K | | |
| 22.  Crispr Therapeutics AG (CRSP) | | None | K | T | Buy<br>(add'l) | 03/20/19 | K | | |
| 23. | | | | | Buy<br>(add'l) | 07/25/19 | L | | |
| 24. | | | | | Buy<br>(add'l) | 11/21/19 | K | | |
| 25. | | | | | Buy<br>(add'l) | 12/26/19 | K | | |
| 26.  Docusign Inc (DOCU) | | None | L | T | Buy | 07/25/19 | K | | |
| 27. | | | | | Buy<br>(add'l) | 12/26/19 | L | | |
| 28.  Editas Medicine Inc SHS (EDIT) | | None | L | T | Buy<br>(add'l) | 01/18/19 | J | | |
| 29. | | | | | Buy<br>(add'l) | 01/28/19 | K | | |
| 30. | | | | | Buy<br>(add'l) | 12/26/19 | L | | |
| 31.  Eventbrite Inc Reg Shs Cl A (EB) | | None | L | T | Buy | 04/22/19 | K | | |
| 32. | | | | | Buy<br>(add'l) | 05/21/19 | K | | |
| 33.  Everspin Technologies (MRAM) | | None | J | T | Buy | 02/22/19 | K | | |
| 34.  Fireeye Inc (FEYE) | | None | K | T | Buy<br>(add'l) | 11/21/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Forescout Technologies (FSCT) | None | | K | T | Buy | 01/25/19 | K | | |
| 36. | | | | | Buy<br>(add'l) | 03/20/19 | K | | |
| 37. Gossamer Bro Inc (GOSS) | None | | K | T | Buy | 11/21/19 | K | | |
| 38. | | | | | Buy<br>(add'l) | 12/19/19 | J | | |
| 39. Hortonworks Inc SHS (HDP) | None | | | | Sold | 01/04/19 | K | | |
| 40. II-VI Inc (IIVI) | None | | M | T | Buy<br>(add'l) | 02/22/19 | K | | |
| 41. | | | | | Buy<br>(add'l) | 03/20/19 | K | | |
| 42. | | | | | Buy<br>(add'l) | 11/21/19 | J | | |
| 43. | | | | | Buy<br>(add'l) | 12/19/19 | K | | |
| 44. Intellia Therapeutics (NTLA) | None | | K | T | Buy | 01/18/19 | J | | |
| 45. | | | | | Buy<br>(add'l) | 03/20/19 | K | | |
| 46. | | | | | Buy<br>(add'l) | 11/21/19 | K | | |
| 47. | | | | | Buy<br>(add'l) | 12/26/19 | K | | |
| 48. Invitae Corp (NVTA) | None | | K | T | Buy | 12/17/19 | K | | |
| 49. Kaleido Biosciences Inc (KLDO) | None | | J | T | Buy | 11/22/19 | J | | |
| 50. Lumentum Holdings Inc (LITE) | None | | M | T | Buy<br>(add'l) | 05/16/19 | K | | |
| 51. | | | | | Buy<br>(add'l) | 05/17/19 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S. | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | | | | | Buy<br>(add'l) | 11/21/19 | M | | |
| 53. | | | | | Buy<br>(add'l) | 12/26/19 | M | | |
| 54. Macom Technology (MTSI) | | None | L | T | Buy<br>(add'l) | 02/22/19 | K | | |
| 55. | | | | | Buy<br>(add'l) | 08/21/19 | K | | |
| 56. | | | | | Buy<br>(add'l) | 11/21/19 | L | | |
| 57. | | | | | Buy<br>(add'l) | 12/26/19 | L | | |
| 58. New Gold Inc CDA (NGD) | | None | J | T | | | | | |
| 59. New Relic Inc (NEWR) | | None | M | T | Buy<br>(add'l) | 01/25/19 | L | | |
| 60. | | | | | Buy<br>(add'l) | 10/01/19 | K | | |
| 61. Nokia Corp Spon Adr (NOK) | | None | | | Buy | 10/10/19 | K | | |
| 62. | | | | | Sold | 11/21/19 | J | | |
| 63. Nuance Communications (NUAN) | | None | | | Sold | 11/18/19 | K | | |
| 64. OKTA Inc Reg SHS (OKTA) | | None | M | T | Buy<br>(add'l) | 06/24/19 | M | | |
| 65. Overstock.com Inc (OSTK) | | None | | | Sold | 07/31/19 | K | | |
| 66. Regeneron Pharmactcls (REGN) | | None | M | T | Buy | 12/06/19 | M | | |
| 67. Regions Finl Corp (RF) | B | Dividend | L | T | | | | | |
| 68. Shopify Inc (SHOP) | | None | | | Sold | 01/22/19 | L | | |

| | | | | |
|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S. | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e g , div , rent, or int ) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e g , buy, sell, redemption) | (2)<br>Date mm/dd/yy | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 69. Skyworks Solutions Inc (SWKS) | A | Dividend | | | Buy | 07/11/19 | K | | |
| 70. | | | | | Buy (add'l) | 07/25/19 | L | | |
| 71. | | | | | Buy (add'l) | 08/09/19 | K | | |
| 72. | | | | | Buy (add'l) | 10/10/19 | K | | |
| 73. | | | | | Sold | 11/18/19 | M | D | |
| 74. Snap Inc CL A (SNAP) | | None | | | Sold | 09/23/19 | K | A | |
| 75. Splunk Inc (SPLK) | | None | M | T | Buy | 10/10/19 | M | | |
| 76. Square Inc (SQ) | | None | L | T | | | | | |
| 77. Suntrust Bks Inc (STI) | A | Dividend | | | Sold | 12/09/19 | J | | |
| 78. Torex Gold Resources Inc (TORXF) | | None | K | T | | | | | |
| 79. Truist Finl Corp | | None | J | T | Buy | 12/09/19 | J | | |
| 80. Twilio Inc Cl A (TWLO) | | None | | | Buy | 01/18/19 | L | | |
| 81. | | | | | Sold | 02/19/19 | M | D | |
| 82. Valero Energy Corp (VLO) | | None | | | Sold | 01/22/19 | L | D | |
| 83. Wells Fargo & Co (WFC) | B | Dividend | L | T | | | | | |
| 84. Western Alliance (WAL) | A | Dividend | | | Sold | 11/14/19 | L | | |
| 85. Wix Com Ltd (WIX) | | None | | | Sold | 02/19/19 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **MOODY, JR., JAMES S.** | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. Wynn Resorts Ltd (WYNN) | | None | | | Sold | 01/22/19 | L | | |
| 87. Yext Inc (YEXT) | | None | K | T | Buy | 12/19/19 | K | | |
| 88. Zendesk Inc SHS (ZEN) | | None | L | T | Buy (add'l) | 01/25/19 | L | | |
| 89. | | | | | Buy (add'l) | 07/11/19 | K | | |
| 90. Zuora Inc Cl A (ZUO) | | None | K | T | Buy | 12/17/19 | K | | |
| 91. Calamos Strat Tot Return (CSQ) | A | Dividend | J | T | | | | | |
| 92. Royal Gold Inc (RGLD) (Y) | | | | | | | | | |
| 93. Trust Account #2 (H) | | | | | | | | | |
| 94. ML Bank Deposit Program (cash) (X) | A | Interest | K | T | | | | | |
| 95. Alector Inc (ALEC) | | None | K | T | Buy | 12/02/19 | K | | |
| 96. Annaly Cap Mgmnt (NLY) | C | Dividend | K | T | | | | | |
| 97. Aphria Inc SHS (APHQF) | | None | J | T | | | | | |
| 98. Ares Capital Corp (ARCC) | B | Dividend | K | T | | | | | |
| 99. Aurora Cannibas Inc (ACB) | | None | J | T | | | | | |
| 100. Bank of America Corp (BAC) | D | Dividend | O | T | | | | | |
| 101. BP PLC (BP) | B | Dividend | K | T | | | | | |
| 102. Calyxt Inc Reg Shs (CLXT) | | None | J | T | Buy | 08/07/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S. | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  Canopy Growth Corp (CGC) | | None | J | T | | | | | |
| 104.  Hookipa Pharma Inc (HOOK) | | None | J | T | Buy | 12/30/19 | J | | |
| 105.  Spero Therapeutics Inc (SPRO) | | None | K | T | | | | | |
| 106.  Vivendi SHS UNSP ADR (VIVHY) | A | Dividend | J | T | | | | | |
| 107.  Calamos Strat Tot Return (CSQ) | A | Dividend | J | T | | | | | |
| 108.  Brokerage Account #1 (H) | | | | | | | | | |
| 109.  ML Bank Deposit Program (cash) | A | Interest | K | T | | | | | |
| 110.  BP PLC (BP) | A | Dividend | J | T | | | | | |
| 111.  Valero Energy Corp (VLO) | A | Dividend | K | T | | | | | |
| 112.  Wells Fargo & Co (WFC) | A | Dividend | J | T | | | | | |
| 113.  Brokerage Account #2 (H) | | | | | | | | | |
| 114.  ML Bank Deposit Program (cash) | A | Interest | K | T | | | | | |
| 115.  BP PLC (BP) | A | Dividend | J | T | | | | | |
| 116.  Valero Energy Corp (VLO) | A | Dividend | K | T | | | | | |
| 117.  Wells Fargo & Co (WFC) | A | Dividend | J | T | | | | | |
| 118.  Brokerage Account #3 (H) | | | | | | | | | |
| 119.  ML Bank Deposit Program (cash) (Y) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S. | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. Proctor & Gamble (PG) | A | Dividend | K | T | | | | | |
| 121. Starbucks Corp (SBUX) | A | Dividend | K | T | | | | | |
| 122. Travelers Cos Inc (TRV) | A | Dividend | K | T | | | | | |
| 123. Valero Energy Corp (VLO) | A | Dividend | J | T | | | | | |
| 124. Calamos Strar Tot Return (CSQ) | A | Dividend | J | T | | | | | |
| 125. Brokerage Account #4 (H) | | | | | | | | | |
| 126. ML Bank Deposit Program (cash) | A | Interest | M | T | | | | | |
| 127. Akoustis Technologies (AKTS) | | None | K | T | Buy<br>(add'l) | 12/19/19 | J | | |
| 128. Allegiant Travel Co (ALGT) | | None | | | Sold | 01/22/19 | K | | |
| 129. Alio Gold Inc Reg Shs (ALO) | | None | | | Sold | 10/24/19 | J | | |
| 130. Alphabet Inc Shs Cl C (GOOG) | | None | | | Buy<br>(add'l) | 04/24/19 | M | | |
| 131. | | | | | Buy<br>(add'l) | 10/01/19 | J | | |
| 132. | | | | | Buy<br>(add'l) | 10/02/19 | M | | |
| 133. | | | | | Sold | 11/18/19 | N | | |
| 134. Amazon Com Inc Com (AMZN) | | None | | | Buy | 11/12/19 | K | | |
| 135. | | | | | Sold | 11/13/19 | K | | |
| 136. Ambarella Inc (AMBA) | | None | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S. | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Aphria Inc Shs (APHA) | | None | J | T | | | | | |
| 138. Ardelyx Inc Shs (ARDX) | | None | K | T | | | | | |
| 139. Ares Capital Corp (ARCC) | D | Dividend | L | T | | | | | |
| 140. Arista Networks Inc (ANET) | | None | M | T | Buy (add'l) | 09/05/19 | K | | |
| 141. Astellas Pharma Inc Shs (ALPMY) | B | Dividend | L | T | | | | | |
| 142. Aurora Cannabis Inc (ACB) | | None | J | T | Buy (add'l) | 01/25/19 | K | | |
| 143. | | | | | Buy (add'l) | 02/21/19 | K | | |
| 144. | | | | | Buy (add'l) | 03/20/19 | K | | |
| 145. Axos Finl Inc (AX) | | None | K | T | | | | | |
| 146. Belo Sun Mining Corp (VNNHF) | | None | J | T | | | | | |
| 147. Canopy Growth Corp (CGC) | | None | K | T | | | | | |
| 148. Carbon Black Inc Reg Shs (CBLK) | | None | | | Buy | 02/28/19 | J | | |
| 149. | | | | | Buy (add'l) | 03/20/19 | J | | |
| 150. | | | | | Buy (add'l) | 04/26/19 | J | | |
| 151. | | | | | Buy (add'l) | 05/23/19 | L | | |
| 152. | | | | | Buy (add'l) | 08/21/19 | L | | |
| 153. | | | | | Buy (add'l) | 08/28/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S. | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold (part) | 09/23/19 | L | D | |
| 155. | | | | | Sold | 10/08/19 | J | A | |
| 156. Cerence Inc Reg Shs (CRNC) (X) | | None | J | T | | | | | |
| 157. Cirrus Logic Inc Del (CRUS) | | None | | | Buy (add'l) | 01/25/19 | K | | |
| 158. | | | | | Buy (add'l) | 02/22/19 | K | | |
| 159. | | | | | Buy (add'l) | 03/20/19 | K | | |
| 160. | | | | | Sold | 08/19/19 | K | | |
| 161. Cloudera Inc (CLDR) | | None | L | T | Buy | 01/04/19 | K | | |
| 162. | | | | | Buy (add'l) | 06/13/19 | K | | |
| 163. CME Group Inc (CME) | B | Dividend | | | Sold | 06/07/19 | L | | |
| 164. Corning Inc (GLW) | A | Dividend | K | T | Buy | 07/31/19 | K | | |
| 165. Crispr Therapeutics AG (CRSP) | | None | M | T | Buy (add'l) | 01/25/19 | L | | |
| 166. | | | | | Buy (add'l) | 03/20/19 | L | | |
| 167. | | | | | Buy (add'l) | 04/26/19 | K | | |
| 168. | | | | | Buy (add'l) | 05/23/19 | K | | |
| 169. | | | | | Buy (add'l) | 06/26/19 | L | | |
| 170. | | | | | Buy (add'l) | 07/24/19 | L | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S. | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171. | | | | | Buy<br>(add'l) | 11/21/19 | M | | |
| 172. | | | | | Buy<br>(add'l) | 12/26/19 | M | | |
| 173.  Cyber-Ark Software LTD (CYBR) | | None | | | Sold | 02/19/19 | L | D | |
| 174.  Docusign Inc (DOCU) | | None | L | T | Buy | 06/11/19 | K | | |
| 175. | | | | | Buy<br>(add'l) | 12/26/19 | L | | |
| 176.  Editas Medicine Inc Shs (EDIT) | | None | M | T | Buy<br>(add'l) | 01/28/19 | K | | |
| 177. | | | | | Buy<br>(add'l) | 04/26/19 | K | | |
| 178. | | | | | Buy<br>(add'l) | 12/26/19 | L | | |
| 179.  Eldorado Gold Corp (EGO) | | None | K | T | Buy<br>(add'l) | 08/21/19 | K | | |
| 180.  Endo Intl PLC Shs (ENDP) | | None | K | T | Buy<br>(add'l) | 02/21/19 | L | | |
| 181.  Energous Corp Shs (WATT) | | None | J | T | | | | | |
| 182.  Equity Commonwealth (EQC) | D | Dividend | L | T | | | | | |
| 183.  Eventbrite Inc Reg shs (Eb) | | None | L | T | Buy | 04/24/19 | K | | |
| 184. | | | | | Buy<br>(add'l) | 05/23/19 | K | | |
| 185.  Everspin Technologies (MRAM) | | None | K | T | Buy | 02/22/19 | K | | |
| 186. | | | | | Buy<br>(add'l) | 03/20/19 | J | | |
| 187. | | | | | Buy<br>(add'l) | 04/26/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S. | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188. | | | | | Buy<br>(add'l) | 12/19/19 | J | | |
| 189. Fairfax Finl Hldgs LTD (FRFHF) | A | Dividend | | | Sold | 04/10/19 | K | | |
| 190. Fireeye Inc (FEYE) | | None | K | T | Buy<br>(add'l) | 11/21/19 | K | | |
| 191. Forescout Technologies (FSCT) | | None | K | T | Buy | 01/25/19 | K | | |
| 192. | | | | | Buy<br>(add'l) | 02/26/19 | K | | |
| 193. | | | | | Buy<br>(add'l) | 03/20/19 | K | | |
| 194. | | | | | Buy<br>(add'l) | 05/23/19 | K | | |
| 195. Gilead Sciences Inc Com (GILD) | C | Dividend | L | T | | | | | |
| 196. Gossamer Bio Inc (GOSS) | | None | K | T | Buy | 08/23/19 | K | | |
| 197. | | | | | Buy<br>(add'l) | 10/01/19 | K | | |
| 198. | | | | | Buy<br>(add'l) | 11/21/19 | K | | |
| 199. | | | | | Buy<br>(add'l) | 12/19/19 | J | | |
| 200. Hortonworks Inc Shs (HDP) | | None | | | Sold | 01/04/19 | K | | |
| 201. II-VI Inc (IIVI) | | None | M | T | Buy<br>(add'l) | 02/22/19 | K | | |
| 202. | | | | | Buy<br>(add'l) | 03/20/19 | K | | |
| 203. | | | | | Buy<br>(add'l) | 04/12/19 | K | | |
| 204. | | | | | Buy<br>(add'l) | 05/23/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S. | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. | | | | | Buy (add'l) | 11/21/19 | J | | |
| 206. Illumina Inc Com (ILMN) | | None | | | Buy (add'l) | 03/20/19 | K | | |
| 207. | | | | | Sold | 06/24/19 | M | A | |
| 208. Infinera Corp (INFN) | | None | | | Buy | 06/11/19 | J | | |
| 209. | | | | | Buy (add'l) | 06/26/19 | K | | |
| 210. | | | | | Buy (add'l) | 08/21/19 | K | | |
| 211. | | | | | Buy (add'l) | 10/01/19 | K | | |
| 212. | | | | | Buy (add'l) | 11/21/19 | K | | |
| 213. | | | | | Sold | 12/23/19 | K | C | |
| 214. Intellia Therapeutics (NTLA) | | None | L | T | Buy (add'l) | 02/22/19 | J | | |
| 215. | | | | | Buy (add'l) | 04/26/19 | K | | |
| 216. | | | | | Buy (add'l) | 12/26/19 | L | | |
| 217. Invitae Corp (NVTA) | | None | K | T | Buy | 12/19/19 | K | | |
| 218. Kaleido Biosciences Inc (KLDO) | | None | J | T | Buy | 11/22/19 | J | | |
| 219. Kinder Morgan Inc Del (KMI) | C | Dividend | L | T | | | | | |
| 220. Lumentum Holdings Inc (LITE) | | None | M | T | Buy (add'l) | 11/21/19 | M | | |
| 221. | | | | | Buy (add'l) | 12/26/19 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S. | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Macom Technology (MTSI) | | None | L | T | Buy | 04/26/19 | K | | |
| 223. | | | | | Buy (add'l) | 08/21/19 | K | | |
| 224. | | | | | Buy (add'l) | 11/21/19 | L | | |
| 225. | | | | | Buy (add'l) | 12/26/19 | L | | |
| 226. Marriott Intl Inc New A (MAR) | A | Dividend | | | Sold | 11/18/19 | L | | |
| 227. Microvision Inc (MVIS) | | None | J | T | | | | | |
| 228. New Gold Inc CDA (NGD) | | None | J | T | | | | | |
| 229. New Relic Inc (NEWR) | | None | L | T | Buy | 12/19/19 | L | | |
| 230. Nuance Communications Inc (NUAN) | | None | L | T | Buy (add'l) | 12/26/19 | L | | |
| 231. Nutanix Inc (NTNX) | | None | L | T | | | | | |
| 232. Okta Inc Reg Shs Cl A (OKTA) | | None | M | T | Buy (add'l) | 04/24/19 | L | | |
| 233. | | | | | Buy (add'l) | 06/26/19 | M | | |
| 234. | | | | | Buy (add'l) | 08/21/19 | L | | |
| 235. Overstock.Com Inc (OSTK) | | None | J | T | | | | | |
| 236. Pagerduty Inc Reg Shs (PD) | | None | K | T | Buy | 12/19/19 | K | | |
| 237. Paypal Holdings Inc Shs (PYPL) | | None | | | Sold | 01/22/19 | L | | |
| 238. Quantenna Communications (QTNA) | | None | | | Sold | 02/19/19 | K | B | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S. | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 239. Regeneron Pharmactcls (REGN) | | None | M | T | Buy | 12/06/19 | M | | |
| 240. Royal Gold Inc Com (RGLD) | A | Dividend | | | Sold | 08/19/19 | M | D | |
| 241. Sabina Silver Corp Shs (SGSVF) | | None | | | Sold | 11/15/19 | K | A | |
| 242. Shopify Inc Cl A (SHOP) | | None | | | Sold | 01/22/19 | M | | |
| 243. Skyworks Solutions Inc (SWKS) | B | Dividend | | | Buy | 05/23/19 | L | | |
| 244. | | | | | Buy<br>(add'l) | 07/24/19 | M | | |
| 245. | | | | | Buy<br>(add'l) | 08/09/19 | K | | |
| 246. | | | | | Sold | 11/18/19 | M | D | |
| 247. Snap Inc Cl A (SNAP) | | None | K | T | Buy<br>(add'l) | 10/01/19 | K | | |
| 248. Splunk Inc (SPLK) | | None | M | T | Buy | 10/10/19 | M | | |
| 249. Starbucks Corp (SBUX) | A | Dividend | | | Sold<br>(part) | 02/06/19 | K | A | |
| 250. | | | | | Sold | 02/19/19 | M | D | |
| 251. Synthorx Inc Reg Shs (THOR) | | None | | | Buy | 11/13/19 | K | | |
| 252. | | | | | Sold<br>(part) | 12/10/19 | J | A | |
| 253. | | | | | Sold | 12/23/19 | J | B | |
| 254. Talend SA (TLND) | | None | K | T | | | | | |
| 255. TCR2 Therapeutics Inc (TCRR) | | None | J | T | Buy | 11/22/19 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S. | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256.  Torex Gold Resources Inc (TORFX) | | None | K | T | | | | | |
| 257.  Vmware Inc (VMW) | | None | M | T | Buy | 10/01/19 | L | | |
| 258. | | | | | Buy (add'l) | 11/21/19 | M | | |
| 259.  Wells Fargo & Co New Del (WFC) | C | Dividend | M | T | Buy (add'l) | 06/26/19 | K | | |
| 260. | | | | | Buy (add'l) | 10/01/19 | L | | |
| 261.  Wix Com LTD (WIX) | | None | M | T | Buy (add'l) | 04/24/19 | M | | |
| 262. | | | | | Buy (add'l) | 06/26/19 | L | | |
| 263. | | | | | Buy (add'l) | 10/01/19 | L | | |
| 264.  Wynn Resorts LTD (WYNN) | D | Dividend | N | T | Buy (add'l) | 02/21/19 | L | | |
| 265. | | | | | Buy (add'l) | 05/23/19 | L | | |
| 266.  Yext Inc (YEXT) | | None | K | T | Buy | 12/19/19 | K | | |
| 267.  Zuora Inc Cl A (ZUO) | | None | K | T | Buy | 12/19/19 | K | | |
| 268.  Vaneck Vectors Gold (GDX) | A | Dividend | M | T | | | | | |
| 269.  Zendesk Inc Shs (ZEN) | | None | | | Buy | 04/26/19 | K | | |
| 270. | | | | | Buy (add'l) | 06/26/19 | L | | |
| 271. | | | | | Sold | 10/29/19 | L | | |
| 272.  Brokerage Account #5 (H) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S. | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 273. ML Bank Deposit Program (cash) | A | Interest | J | T | | | | | |
| 274. Air Lease Corp Cl A (AL) | A | Dividend | K | T | | | | | |
| 275. Alector Inc (ALEC) | | None | K | T | Buy | 08/23/19 | K | | |
| 276. | | | | | Buy<br>(add'l) | 12/02/19 | K | | |
| 277. Calyxt Inc Reg Shs (CLXT) | | None | J | T | Buy | 08/09/19 | J | | |
| 278. CIE Financiere Richemont (CFRUY) | B | Dividend | K | T | | | | | |
| 279. Fairfax Finl Hldgs LTD (FRFHF) | D | Dividend | N | T | | | | | |
| 280. Harpoon Therapeutics Inc (HARP) | | None | J | T | Buy | 08/23/19 | J | | |
| 281. Hookipa Pharma Inc (HOOK) | | None | J | T | Buy | 12/30/19 | J | | |
| 282. iPath Bloomberg Copper (JJCTF) | | None | | | Sold | 06/11/19 | K | | |
| 283. Precision Biosciences Inc (DTIL) | | None | K | T | Buy | 09/26/19 | K | | |
| 284. Spero Therapeutics Inc (SPRO) | | None | K | T | Buy<br>(add'l) | 04/24/19 | K | | |
| 285. Vivendi Shs Unsp ADR (VIVHY) | C | Dividend | M | T | | | | | |
| 286. Calamos Stra Tot Return (CSQ) | B | Dividend | K | T | | | | | |
| 287. Custodial Account #1 (H) | | | | | | | | | |
| 288. Anheuser-Busch Inbev Adr (BUD) | A | Dividend | J | T | | | | | |
| 289. BP PLC (BP) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S. | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. Canopy Growth Corp (CGC) | | None | J | T | | | | | |
| 291. II-VI Inc (IM) | | None | J | T | Buy | 12/17/19 | J | | |
| 292. Royal Gold Inc (RGLD) | A | Dividend | | | Sold | 12/16/19 | J | B | |
| 293. Starbucks Corp (SBUX) | A | Dividend | J | T | Buy (add'l) | 12/17/19 | J | | |
| 294. Vivendi SHS UNSP ADR (VIVHY) | A | Dividend | J | T | | | | | |
| 295. Calamos Strat Tot Return (CSQ) | A | Dividend | J | T | | | | | |
| 296. Custodial Account #2 (H) | | | | | | | | | |
| 297. Anheuser Busch (BUD) | A | Dividend | J | T | | | | | |
| 298. BP PLC (BP) | A | Dividend | J | T | | | | | |
| 299. Canopy Growth Corp (CGC) | | None | J | T | | | | | |
| 300. II-VI Inc (IM) | | None | J | T | Buy | 12/17/19 | J | | |
| 301. Royal Gold Inc (RGLD) | A | Dividend | | | Sold | 12/16/19 | J | B | |
| 302. Starbucks Corp (SBUX) | A | Dividend | J | T | Buy (add'l) | 12/17/19 | J | | |
| 303. Vivendi SHS UNSP ADR (VIVHY) | A | Dividend | J | T | | | | | |
| 304. Calamos Strat Tot Return (CSQ) | A | Dividend | J | T | | | | | |
| 305. Custodial Account #3 (H) | | | | | | | | | |
| 306. Anheuser Busch (BUD) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S. | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 307.  BP PLC (BP) | A | Dividend | J | T | | | | | |
| 308.  Canopy Growth Corp (CGC) | | None | J | T | | | | | |
| 309.  II-VI Inc (IM) | | None | J | T | Buy | 12/17/19 | J | | |
| 310.  Royal Gold Inc (RGLD) | A | Dividend | | | Sold | 12/16/19 | J | B | |
| 311.  Starbucks Corp (SBUX) | A | Dividend | J | T | Buy<br>(add'l) | 12/17/19 | J | | |
| 312.  Vivendi SHS UNSP ADR (VIVHY) | A | Dividend | J | T | | | | | |
| 313.  Calamos Strat Tot Return (CSQ) | A | Dividend | J | T | | | | | |
| 314.  Custodial Account #4 (H) | | | | | | | | | |
| 315.  Anheuser Busch (BUD) | A | Dividend | J | T | | | | | |
| 316.  BP PLC (BP) | A | Dividend | J | T | | | | | |
| 317.  Canopy Growth Corp (CGC) | | None | J | T | | | | | |
| 318.  II-VI Inc (IM) | | None | J | T | Buy | 12/17/19 | J | | |
| 319.  Royal Gold Inc (RGLD) | A | Dividend | | | Sold | 12/16/19 | J | B | |
| 320.  Starbucks Corp (SBUX) | A | Dividend | J | T | Buy<br>(add'l) | 12/17/19 | J | | |
| 321.  Vivendi SHS UNSP ADR (VIVHY) | A | Dividend | J | T | | | | | |
| 322.  Calamos Strat Tot Return (CSQ) | A | Dividend | J | T | | | | | |
| 323.  Custodial Account #5 (H) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **MOODY, JR., JAMES S.** | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 324.  Anheuser Busch (BUD) | A | Dividend | J | T | | | | | |
| 325.  BP PLC (BP) | A | Dividend | J | T | | | | | |
| 326.  Canopy Growth Corp (CGC) | | None | J | T | | | | | |
| 327.  II-VI Inc (IM) | | None | J | T | Buy | 12/17/19 | J | | |
| 328.  Royal Gold Inc (RGLD) | A | Dividend | | | Sold | 12/16/19 | J | B | |
| 329.  Starbucks Corp (SBUX) | A | Dividend | J | T | Buy<br>(add'l) | 12/17/19 | J | | |
| 330.  Vivendi SHS UNSP ADR (VIVHY) | A | Dividend | J | T | | | | | |
| 331.  Calamos Strat Tot Return (CSQ) | A | Dividend | J | T | | | | | |
| 332.  Custodial Account #6 (H) | | | | | | | | | |
| 333.  Anheuser Busch (BUD) | A | Dividend | J | T | | | | | |
| 334.  BP PLC (BP) | A | Dividend | J | T | | | | | |
| 335.  Canopy Growth Corp (CGC) | | None | J | T | | | | | |
| 336.  II-VI Inc (IM) | | None | J | T | Buy | 12/17/19 | J | | |
| 337.  Royal Gold Inc (RGLD) | A | Dividend | | | Sold | 12/16/19 | J | B | |
| 338.  Starbucks Corp (SBUX) | A | Dividend | J | T | Buy<br>(add'l) | 12/17/19 | J | | |
| 339.  Vivendi SHS UNSP ADR (VIVHY) | A | Dividend | J | T | | | | | |
| 340.  Calamos Strat Tot Return (CSQ) | A | Dividend | J | T | | | | | |

| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S. | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 341. Custodial Account #7 (H) | | | | | | | | | |
| 342. Anheuser Busch (BUD) | A | Dividend | J | T | | | | | |
| 343. BP PLC (BP) | A | Dividend | J | T | | | | | |
| 344. Canopy Growth Corp (CGC) | | None | J | T | | | | | |
| 345. II-VI Inc (IIVI) | | None | J | T | Buy | 12/17/19 | J | | |
| 346. Starbucks Corp (SBUX) | | None | J | T | Buy | 12/17/19 | J | | |
| 347. Valero Energy Corp (VLO) | A | Dividend | J | T | | | | | |
| 348. OTHER HOLDINGS (H) | | | | | | | | | |
| 349. Moody Investments Family Limited Paartnership | E | Int./Div. | P1 | T | | | | | |
| 350. First Tampa Alexander | | None | M | W | | | | | |
| 351. Missouri Midway | D | Interest | L | W | | | | | |
| 352. REAL PROPERTY (H) | | | | | | | | | |
| 353. Investment Property #1, Valrico, FL | | None | M | W | | | | | |
| 354. Investment Property #2, Longboat Key, FL | D | Rent | N | W | | | | | |
| 355. Investment Property #3, Hillsborough Co., FL | D | Rent | N | W | | | | | |
| 356. Investment Property #4, Celo, NC | | None | O | W | | | | | |
| 357. Investment Property #5, Highlands, NC | | None | M | W | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S. | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | | | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | | | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. | Investment Property #7, Highlands, NC | | | None | O | W | | | | | |
| 359. | Investment Property #8, Plant City, FL | | C | Rent | O | W | | | | | |
| 360. | Investment Property #10, Tampa, FL | | D | Rent | M | W | | | | | |
| 361. | Investment Property #11, Tampa FL | | D | Rent | M | W | | | | | |
| 362. | Investment Property #12, Tampa FL | | D | Rent | M | W | | | | | |
| 363. | Investment Property #13, Tampa FL | | E | Rent | N | W | | | | | |
| 364. | Investment Property #14, Tampa FL | | | None | | | Sold | 01/15/19 | N | | Joseph DeLinks |
| 365. | Investment Property #15, Tampa FL | | D | Rent | M | W | | | | | |
| 366. | Investment Property #16, Tampa FL | | D | Rent | N | W | | | | | |
| 367. | Investment Property #17, St. Petersburg, FL | | E | Rent | N | W | | | | | |
| 368. | Investment Property #18, St. Petersburg, FL | | E | Rent | N | W | | | | | |
| 369. | Investment Property #19, Gainesville, FL | | | None | N | W | | | | | |
| 370. | Gulf to Bay Partners, LLC (real estate, Clearwater, FL) | | | None | M | W | | | | | |
| 371. | Options #1 (H) | | | | | | | | | | |
| 372. | CALL VMW | | | None | J | T | Sold | 09/30/19 | J | | |
| 373. | | | | | | | Sold | 11/20/19 | K | | |
| 374. | CALL SNAP | | | None | J | T | Sold | 07/23/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S. | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. | | | | | Sold | 10/22/19 | J | | |
| 376. | | | | | Sold | 11/20/19 | J | | |
| 377. CALL SPLK | None | K | T | | Sold | 10/09/19 | J | | |
| 378. | | | | | Sold | 11/20/19 | J | | |
| 379. CALL NVTA | None | J | T | | Sold | 12/18/19 | J | | |
| 380. CALL AMBA | None | J | T | | Sold | 01/03/19 | J | | |
| 381. | | | | | Sold | 02/21/19 | J | | |
| 382. | | | | | Sold | 03/19/19 | J | | |
| 383. | | | | | Sold | 07/23/19 | J | | |
| 384. | | | | | Sold | 11/15/19 | J | | |
| 385. | | | | | Sold | 12/24/19 | J | | |
| 386. CALL DOCU | None | J | T | | Sold | 07/23/19 | J | | |
| 387. | | | | | Sold | 12/24/19 | J | | |
| 388. CALL NUAN | None | J | T | | Sold | 05/22/19 | J | | |
| 389. | | | | | Sold | 06/26/19 | J | | |
| 390. | | | | | Sold | 12/24/19 | J | | |
| 391. CALL TLND | None | J | T | | Sold | 03/19/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S. | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 392. | | | | | Sold | 06/25/19 | J | | |
| 393. | | | | | Sold | 11/20/19 | J | | |
| 394.  CALL MTSI | None | J | T | | Sold | 04/25/19 | J | | |
| 395. | | | | | Sold | 06/25/19 | J | | |
| 396. | | | | | Sold | 09/30/19 | J | | |
| 397. | | | | | Sold | 11/20/19 | J | | |
| 398.  CALL WYNN | None | J | T | | Sold | 02/20/19 | J | | |
| 399. | | | | | Sold | 03/20/19 | J | | |
| 400. | | | | | Sold | 05/22/19 | J | | |
| 401. | | | | | Sold | 07/23/19 | J | | |
| 402. | | | | | Sold | 09/30/19 | J | | |
| 403. | | | | | Sold | 11/20/19 | J | | |
| 404.  CALL EDIT | None | J | T | | Sold | 04/25/19 | J | | |
| 405. | | | | | Sold | 07/23/19 | J | | |
| 406. | | | | | Sold | 09/30/19 | J | | |
| 407. | | | | | Sold | 11/20/19 | J | | |
| 408. | | | | | Sold | 12/24/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S. | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. CALL CRSP | | None | J | T | Sold | 01/24/19 | J | | |
| 410. | | | | | Sold | 02/21/19 | J | | |
| 411. | | | | | Sold | 03/19/19 | J | | |
| 412. | | | | | Sold | 05/22/19 | J | | |
| 413. | | | | | Sold | 07/23/19 | J | | |
| 414. | | | | | Sold | 07/23/19 | J | | |
| 415. | | | | | Sold | 09/30/19 | J | | |
| 416. | | | | | Sold | 11/20/19 | J | | |
| 417. | | | | | Sold | 12/24/19 | J | | |
| 418. CALL GDX | | None | J | T | Sold | 07/23/19 | J | | |
| 419. | | | | | Sold | 09/30/19 | J | | |
| 420. | | | | | Sold | 11/20/19 | J | | |
| 421. | | | | | Sold | 12/24/19 | J | | |
| 422. CALL NTNX | | None | J | T | Sold | 04/23/19 | J | | |
| 423. | | | | | Sold | 11/20/19 | J | | |
| 424. CALL LITE | | None | J | T | Sold | 02/21/19 | J | | |
| 425. | | | | | Sold | 09/30/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S. | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 426. | | | | | Sold | 11/20/19 | J | | |
| 427. | | | | | Sold | 12/24/19 | J | | |
| 428.  CALL SBUX | | None | | | Sold | 01/24/19 | J | | |
| 429.  CALL ENDP | | None | | | Sold | 01/24/19 | J | | |
| 430. | | | | | Sold | 02/20/19 | J | | |
| 431. | | | | | Sold | 03/19/19 | J | | |
| 432.  CALL ANET | | None | | | Sold | 01/24/19 | J | | |
| 433. | | | | | Sold | 09/04/19 | J | | |
| 434. | | | | | Sold | 09/30/19 | J | | |
| 435.  CALL ILMN | | None | | | Sold | 01/24/19 | J | | |
| 436. | | | | | Sold | 02/21/19 | J | | |
| 437. | | | | | Sold | 03/19/19 | J | | |
| 438. | | | | | Sold | 04/23/19 | J | | |
| 439. | | | | | Sold | 05/22/19 | J | | |
| 440.  CALL CRUS | | None | | | Sold | 01/24/19 | J | | |
| 441. | | | | | Sold | 02/21/19 | J | | |
| 442. | | | | | Sold | 06/26/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S. | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 443.  CALL ACB | None | | | | Sold | 02/20/19 | J | | |
| 444.  CALL GOOG | None | | | | Sold | 02/21/19 | J | | |
| 445. | | | | | Sold | 04/23/19 | J | | |
| 446. | | | | | Sold | 05/22/19 | J | | |
| 447. | | | | | Sold | 07/23/19 | J | | |
| 448. | | | | | Sold | 09/30/19 | J | | |
| 449. | | | | | Sold | 10/22/19 | J | | |
| 450.  CALL FEYE | None | | | | Sold | 02/21/19 | J | | |
| 451.  CALL CME | None | | | | Sold | 02/21/19 | J | | |
| 452.  CALL FSCT | None | | | | Sold | 02/25/19 | J | | |
| 453. | | | | | Sold | 03/19/19 | J | | |
| 454. | | | | | Sold | 07/23/19 | J | | |
| 455. | | | | | Sold | 08/20/19 | J | | |
| 456. | | | | | Sold | 11/20/19 | J | | |
| 457.  CALL RGLD | None | | | | Sold | 03/19/19 | J | | |
| 458. | | | | | Sold | 06/25/19 | J | | |
| 459.  CALL WIX | None | | | | Sold | 03/20/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S. | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 460. | | | | | Sold | 04/23/19 | J | | |
| 461. | | | | | Sold | 07/23/19 | J | | |
| 462. | | | | | Sold | 08/20/19 | J | | |
| 463. | | | | | Sold | 11/20/19 | J | | |
| 464. CALL OKTA | | None | | | Sold | 03/20/19 | J | | |
| 465. | | | | | Sold | 05/22/19 | J | | |
| 466. | | | | | Sold | 06/26/19 | J | | |
| 467. | | | | | Sold | 08/20/19 | J | | |
| 468. | | | | | Sold | 11/20/19 | J | | |
| 469. CALL CGC | | None | | | Sold | 04/23/19 | J | | |
| 470. | | | | | Sold | 06/25/19 | J | | |
| 471. | | | | | Sold | 09/30/19 | J | | |
| 472. CALL EB | | None | | | Sold | 04/23/19 | J | | |
| 473. | | | | | Sold | 06/25/19 | J | | |
| 474. | | | | | Sold | 09/30/19 | J | | |
| 475. CALL ZEN | | None | | | Sold | 05/22/19 | J | | |
| 476. | | | | | Sold | 06/25/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S. | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 477. | | | | | Sold | 08/20/19 | J | | |
| 478. CALL TLND | | None | | | Sold | 05/22/19 | J | | |
| 479. | | | | | Sold | 06/26/19 | J | | |
| 480. CALL CBLK | | None | | | Sold | 05/22/19 | J | | |
| 481. | | | | | Sold | 06/25/19 | J | | |
| 482. CALL SWKS | | None | | | Sold | 06/25/19 | J | | |
| 483. | | | | | Sold | 07/23/19 | J | | |
| 484. | | | | | Sold | 08/20/19 | J | | |
| 485. | | | | | Sold | 09/30/19 | J | | |
| 486. CALL MAR | | None | | | Sold | 07/23/19 | J | | |
| 487. CALL IIVI | | None | | | Sold | 07/23/19 | J | | |
| 488. | | | | | Sold | 08/20/19 | J | | |
| 489. | | | | | Sold | 09/30/19 | J | | |
| 490. CALL GILD | | None | | | Sold | 07/23/19 | J | | |
| 491. | | | | | Sold | 08/20/19 | J | | |
| 492. CALL INFN | | None | | | Sold | 08/20/19 | J | | |
| 493. | | | | | Sold | 10/22/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S. | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. CALL EGO | | None | | | Sold | 08/20/19 | J | | |
| 495. CALL GOSS | | None | | | Sold | 08/22/19 | J | | |
| 496. | | | | | Sold | 11/20/19 | J | | |
| 497. CALL NTNX | | None | | | Sold | 09/30/19 | J | | |
| 498. CALL THOR | | None | | | Sold | 11/12/19 | J | | |
| 499. CALL TCRR | | None | | | Sold | 11/20/19 | J | | |
| 500. CALL PD | | None | | | Sold | 12/18/19 | J | | |
| 501. CALL NEWR | | None | | | Sold | 12/18/19 | J | | |
| 502. Options #2 (H) | | | | | | | | | |
| 503. PUT SHOP | | None | | | Buy | 01/23/19 | J | | |
| 504. | | | | | Sold | 01/24/19 | J | | |
| 505. | | | | | Sold | 02/21/19 | J | | |
| 506. | | | | | Sold | 03/25/19 | J | | |
| 507. PUT PYPL | | None | | | Buy | 01/23/19 | J | | |
| 508. | | | | | Sold | 01/24/19 | J | | |
| 509. | | | | | Sold | 02/21/19 | J | | |
| 510. PUT OKTA | | None | | | Sold | 01/24/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S. | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. | | | | | Sold | 02/21/19 | J | | |
| 512. | | | | | Sold | 03/19/19 | J | | |
| 513. PUT WYNN | | None | | | Sold | 02/14/19 | J | | |
| 514. PUT ILUM | | None | | | Buy | 02/21/19 | J | | |
| 515. | | | | | Sold | 03/19/19 | J | | |
| 516. PUT WIX) | | None | | | Buy | 02/21/19 | J | | |
| 517. | | | | | Sold | 07/23/19 | J | | |
| 518. PUT ANET | | None | | | Buy | 03/19/19 | J | | |
| 519. PUT ZEN | | None | | | Sold | 04/23/19 | J | | |
| 520. PUT LITE | | None | | | Sold | 04/23/19 | J | | |
| 521. PUT AMBA | | None | | | Sold | 09/03/19 | J | | |
| 522. PUT DOCU | | None | | | Sold | 11/29/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S. | 08/10/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

Part VII, line 349: This entry represents a limited partnership interest. The entity was duly registered in the state of Florida. Its business offices and operations are located in another state and run by an individual whose information is not subject to this disclosure. As a limited partner, the filer has no knowledge of, and no control over, the specific assets or activities of the limited partnership; his interest is reported per page 24 of the Alphabetical Reference. All holdings in which the filer, or any other individual subject to this disclosure, has a personal ownership share are separately identified in Part VII.

Part VII, lines 371-522: Each put or call transaction is an independent contract creating the right, but not the obligation, to make future sales or purchases of specific assets. They are not fixed assets, therefore either purchases or sales of individual puts and calls can be used to either open or close contracts; they do not generate income. Options devalue based upon market conditions and expiration dates, therefore they routinely do not have value at the end of a reporting period; this occurs without any type of reportable transaction. Those options which have value at the end of the reporting period are reflected accordingly in Column C. Purchases and sales of any optioned holdings are reported separately from these contracts.

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S. | 08/10/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ JAMES S. MOODY, JR.**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544